COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-15-01109-CV

Style:     BSG Spencer Highway Joint Venture and Best Storage Group, L.L.C.
v. Muniba Enterprises, Inc.

Date motion filed:     February 12, 2016

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated February 1, 2016.

Judge's signature:   /s/ Russell Lloyd
        x  Acting individually

Date:   February 17, 2016

*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).